IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEWART LEE BRASWELL,

    Plaintiff,

v.                                                    CASE NO. 4:08-cv-00130-MP-WCS

HILLSBOROUGH COUNTY COURT,
STATE OF FLORIDA,
TAMPA POLICE DEPARTMENT,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to United States District Court for the Middle District of Florida.   The Plaintiff did not file objections, but did file a Notice of Inquiry, and refiled his original complaint (doc. 7).  According to the cover letter of his new complaint, he did so simply to trigger action with the undersigned Court.  The Court agrees that because the events of this case took place in the United States District Court for the Middle District of Florida, the case should be transferred there.  It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.     The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

    **DONE AND ORDERED** this  _9th_   day of September, 2008.

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge